IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY L. WILLIFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LSF8 MASTER PARTICIPATION TRUST, ET AL. | : | NO. 17-1516 |

## ORDER

**AND NOW**, this 16th day of January, 2018, upon consideration of Defendants' Motion to Dismiss the Complaint (Docket No. 4) and all documents filed in connection therewith, and after oral argument on November 30, 2017, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.